**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                                 Case No. 6:18-bk-05179-CCJ
                                                                                Chapter 7
BASSAM R. ALKOWNI and HASEENA KHAN,

       Debtors.
_____/

**BANK OF AMERICA, N.A.'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**[Property Surrendered in Statement of Intent]**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, Wanda D. Murray, at Aldridge | Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

     Bank of America, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 10436 Sparkle Court, Orlando, Florida 32836 (the "Property"). In further support of this Motion, Movant respectfully states:

     1.     A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtors on August 24, 2018.

2.     A final judgment of foreclosure has been entered with respect to the Property in favor of Movant.  A true and correct copy of the final judgment is attached hereto as **Exhibit A**.

3.     As of July 12, 2018, the total outstanding amount under the final judgment was $256,803.48.

4.     In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $931.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

5.     The estimated market value of the Property is $314,685.00. The basis for such valuation is the Orange County Property Appraiser. A copy of the Orange County Property Appraiser is attached hereto as **Exhibit B**.

6.     Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $896,328.93.

7.     Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

    (b) Pursuant to 11 U.S.C. §362(d)(2)(A), Debtors have no equity in the Property; and pursuant to 11 U.S.C. §362(d)(2)(B), the Property is not necessary for an effective reorganization.

**WHEREFORE**, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1.     Relief from the stay allowing Movant (and any successors and/or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.     That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Dated: October 18, 2018                    Respectfully Submitted:

_____
Wanda D. Murray
Bar No.: 566381
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: WMurray@aldridgepite.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTORS ATTORNEY**
**(via electronic notice)**
J Craig Bourne
craigbournelaw@yahoo.com

**DEBTORS**
Bassam R. Alkowni
Haseena Khan
10436 Sparkle Ct
Orlando, FL 32836

**TRUSTEE**
**(via electronic notice)**
Arvind Mahendru
amtrustee@gmail.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov

Dated: October 18, 2018

/s/ *Wanda D. Murray*
Wanda D. Murray
Bar No.: 566381
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: WMurray@aldridgepite.com

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA
CIVIL DIVISION

BANK OF AMERICA, N.A.

    Plaintiff,

vs.

HASEENA KHAN; BASSAM ALKOWNI;
DIAMOND COVE HOMEOWNERS
ASSOCIATION, INC.; ADMINISTRATOR OF
THE SMALL BUSINESS ADMINISTRATION, AN
AGENCY OF THE GOVERNMENT OF THE
UNITED STATES OF AMERICA; UNITED
STATES OF AMERICA, DEPARTMENT OF THE
TREASURY; UNKNOWN TENANT #1 n/k/a
AREJ ALKOWNI; AND UNKNOWN TENANT #2
n/k/a AMANI ALKOWNI;

    Defendants/

CASE NO. 2017-CA-009523-O

Division No.

**DOC # 20180426344**
07/19/2018 09:46 AM   Page 1 of 5
Rec Fee: $0.00
Deed Doc Tax: $0.00
Mortgage Doc Tax: $0.00
Intangible Tax: $0.00
Phil Diamond, Comptroller
Orange County, FL
Ret To: ORANGE COUNTY CLERK OF COURT
ERECORD

## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court 7/12/2018. On the evidence presented

**IT IS ADJUDGED** that: The Plaintiff's Motion for Summary Judgment is GRANTED. Service of process has been duly and regularly obtained over HASEENA KHAN; BASSAM ALKOWNI; DIAMOND COVE HOMEOWNERS ASSOCIATION, INC.; ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA; UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY; UNKNOWN TENANT #1 n/k/a AREJ ALKOWNI; and UNKNOWN TENANT #2 n/k/a AMANI ALKOWNI; , defendants.

1.   **Amounts Due and Owing.**    Plaintiff, BANK OF AMERICA, N.A., 16001 DALLAS NORTH PARKWAY MAIL STOP TX08-044-03-06, ADDISON, TX 75001 is due:

| | |
|---|---:|
| Principal due on the note secured by the mortgage foreclosed: | $154,952.32 |
| Accrued Interest from 10/01/12 to 03/08/18 | $46,326.44 |
| Additional Interest from 03/09/18 to 07/12/18 Interest Per Diem at $23.35 | $2,918.75 |
| Late Charges | $123.60 |
| Tax Disbursements | $27,371.71 |
| Hazard Insurance Disbursement | $10,659.69 |

**EXHIBIT A**

**Attorneys' Fees**

Uncontested Fee: $4,050.00                          $4,587.50
Contested Fee: 2.50 hours X $215.00 = $537.50

**Court Costs, Now Taxed:**

| | |
|---|---:|
| Filing Fee | $1,010.00 |
| Service of Process | $590.00 |
| Mediation | $100.00 |
| Recording Fee – Lis Pendens | $11.50 |
| **Subtotal** | **$248,651.51** |

**Additional Costs**

| | |
|---|---:|
| Property Inspections/Preservation | $920.00 |
| Other- Payment Advance | $15,392.59 |
| Title Fee | $62.00 |
| **Subtotal** | **$16,374.59** |
| Escrow Balance | - $8,222.62 |

**Total Due**                                                                  **$256,803.48**

That shall bear interest at a rate of 5.72% per year.

2.    **Lien on Property.**    Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Orange County, Florida:

> LOT 22, DIAMOND COVE UNIT 1 A, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 32, PAGE 9 THROUGH 13, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

**Property Address: 10436 Sparkle Court, Orlando, Florida 32836**

3.    **Sale of Property.**    If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of this court shall sell the property at public sale on _AUGUST 28, 2018_ at 11:00 AM, to the highest bidder for cash, except as prescribed in paragraph 4, at the courthouse located at 425 N Orange Avenue, in Orange County in Orlando, Florida, in accordance with Section 45.031, Florida Statutes (2013), using the following method:

**By electronic sale beginning at 11:00 AM on the prescribed date at www.orange.realforeclose.com, the Clerk's website for online auctions**

EXHIBIT A

4. **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. **Distribution of Proceeds.** On filing the Certificate of Title the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorney's fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. **Right of Possession.** On filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and defendant's right of redemption as prescribed by section 45.0315, Florida Statutes (2013) shall be terminated, except as to claims or rights under Chapter 718 or Chapter 720, Florida Statutes, if any. Upon the filing of the Certificate of Title, the person named on the certificate of title shall be let into possession of the property.

7. **Attorneys' Fees.** The Court finds, based upon the affidavits/testimony presented and upon inquiry of counsel for the Plaintiff that inasmuch as this case was contested, fees incurred include $537.50 which represents 2.50 hours at $215.00 an hour, plus an uncontested flat fee of $4,050.00 for a total sum of $4,587.50 in favor of the Gilbert Garcia Group, P.A. in the prosecution of this lawsuit is appropriate. Plaintiff's counsel represents that the attorneys' fees awarded does not exceed its contract fee with the Plaintiff. The court finds that there is/are no reduction or enhancement factors for consideration by the court pursuant to *Florida Patients Compensation Fund v. Rowe, 472 So. 2d 1145 (Fla. 1985).*

8. The Plaintiff may assign the judgment, cause of action and credit bid to any third party by the filing of an Assignment without further order of the court.

9. That the United States of America as a lienholder shall have the right to exercise its Right of Redemption pursuant to Title 28, United States Code, Section 2410 (c), within 120 days from the date of sale. The United States shall not be bound by the sixty day time period imposed by § 45.032, Fla. Stat. upon motions for distribution of surplus proceeds.

10. **Jurisdiction.** Jurisdiction of this action is retained to enter further orders, as are proper, including, without limitation, writs of possession and deficiency judgments. In addition, this court retains jurisdiction to enter any required supplemental complaint(s) such as a reforeclosure to add a necessary and/or omitted party without the necessity of filing a separate action.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60)**

**EXHIBIT A**

DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CONTACT THE CLERK OF THE COURT, 425 N ORANGE AVENUE, ORLANDO, FL (TELEPHONE: (407) 836-2000) WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT COMMUNITY LEGAL SERVICES OF MID FLORIDA, INC., 122 EAST COLONIAL DRIVE, SUITE 200, ORLANDO, FL, (407) 841-7777 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT COMMUNITY LEGAL SERVICES OF MID FLORIDA, INC., 122 EAST COLONIAL DRIVE, SUITE 200, ORLANDO, FL, (407) 841-7777, FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

DONE AND ORDERED at Orange County, Florida, this 12 day of July, 2018.

HONORABLE PRESIDING JUDGE
CIRCUIT COURT JUDGE     K. Cmston

Copies furnished:
GILBERT GARCIA GROUP, P.A.
2313 W. VIOLET ST.
TAMPA, FL 33603
EMAILSERVICE@GILBERTGROUPLAW.COM

ADMINISTRATOR OF THE SMALL BUSINESS ADMINSTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA
C/O SABRINA C. DALY, ESQ.
US SMALL BUSINESS ADMINISTRATION - 409 3RD STREET, SW 7TH FLOOR
WASHINGTON, DC  20416

UNKNOWN TENANT #1 N/K/A AREJ ALKOWNI
10436 SPARKLE COURT
ORLANDO, FL  32836

UNKNOWN TENANT #2 N/K/A AMANI ALKOWNI
10436 SPARKLE COURT
ORLANDO, FL  32836

COLLEEN MURPHY DAVIS, ESQ. FOR UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY
400 NORTH TAMPA STREET, SUITE 3200
TAMPA, FL 33602
USAFLM.HUD@USDOJ.GOV;MICHALENE.Y.ROWELLS@HUD.GOV

EXHIBIT A

DAVID S. COHEN FOR HASEENA KHAN
5728 MAJOR BOULEVARD, SUITE 550
ORLANDO, FL 32819
DAVID@DSCOHENLAW.COM; ADMIN@DSCOHENLAW.COM

DAVID S. COHEN FOR BASSAM ALKOWNI
5728 MAJOR BOULEVARD, SUITE 550
ORLANDO, FL 32819
DAVID@DSCOHENLAW.COM; ADMIN@DSCOHENLAW.COM

SARAH ELIZABETH WEBNER FOR DIAMOND COVE HOMEOWNERS ASSOCIATION, INC.
860 N. ORANGE AVENUE
STE. 135
ORLANDO, FL 32801
SARAH@KWPALAW.COM

EXHIBIT A

# Property Record - 10-24-28-2031-00-220

Orange County Property Appraiser • http://www.ocpafl.org

## Property Summary as of 10/09/2018

**Property Name**
10436 Sparkle Ct

**Names**
Alkowni Bassam
Khan Haseena

**Municipality**
ORG - Un-Incorporated

**Property Use**
0103 - Single Fam Class III

**Mailing Address**
10436 Sparkle Ct
Orlando, FL 32836-6000

**Physical Address**
10436 Sparkle Ct
Orlando, FL 32836





## Value and Taxes

### Historical Value and Tax Benefits

| Tax Year Values | | Land | | Building(s) | | Feature(s) | Market Value | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2018 | W MKT | $76,000 | + | $217,685 | + | $21,000 = | $314,685 (1.7%) | **$269,519** (2.1%) |
| 2017 | ✓ MKT | $76,000 | + | $212,057 | + | $21,500 = | $309,557 (1.9%) | **$263,976** (2.1%) |
| 2016 | ✓ MKT | $76,000 | + | $205,761 | + | $22,000 = | $303,761 (5.3%) | **$258,547** (.70%) |
| 2015 | ✓ MKT | $76,000 | + | $189,938 | + | $22,500 = | $288,438 (13%) | **$256,750** (.80%) |
| 2014 | ✓ MKT | $75,000 | + | $163,612 | + | $16,100 = | $254,712 | **$254,712** |

Exhibit B

| Tax Year Benefits | | Original Homestead | Additional Hx | Other Exemptions | SOH Cap | Tax Savings |
|---|---|---|---|---|---|---|
| 2018 | W $ HX CAP | $25,000 | $25,000 | $0 | $45,166 | **$1,383** |
| 2017 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $45,581 | **$1,403** |
| 2016 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $45,214 | **$1,423** |
| 2015 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $31,688 | **$1,218** |
| 2014 | ✓ $ HX | $25,000 | $25,000 | $0 | $0 | **$674** |

## 2018 Taxable Value and Estimate of Proposed Taxes

| Taxing Authority | Assd Value | Exemption | Tax Value | Millage Rate | Taxes | % |
|---|---|---|---|---|---|---|
| Public Schools: By State Law (Rle) | $269,519 | $25,000 | $244,519 | 4.0510 (-4.05%) | **$990.55** | 26 % |
| Public Schools: By Local Board | $269,519 | $25,000 | $244,519 | 3.2480 (0.00%) | **$794.20** | 21 % |
| Orange County (General) | $269,519 | $50,000 | $219,519 | 4.4347 (0.00%) | **$973.50** | 26 % |
| Unincorporated County Fire | $269,519 | $50,000 | $219,519 | 2.2437 (0.00%) | **$492.53** | 13 % |
| Unincorporated Taxing District | $269,519 | $50,000 | $219,519 | 1.8043 (0.00%) | **$396.08** | 10 % |
| Library - Operating Budget | $269,519 | $50,000 | $219,519 | 0.3748 (0.00%) | **$82.28** | 2 % |
| South Florida Water Management District | $269,519 | $50,000 | $219,519 | 0.1209 (-5.18%) | **$26.54** | 1 % |
| South Florida Wmd Okeechobee Basin | $269,519 | $50,000 | $219,519 | 0.1310 (-5.35%) | **$28.76** | 1 % |
| South Florida Wmd Everglades Const | $269,519 | $50,000 | $219,519 | 0.0417 (-5.44%) | **$9.15** | 0 % |
| | | | | **16.4501** | **$3,793.59** | |

## 2018 Non-Ad Valorem Assessments

| Levying Authority | Assessment Description | Units | Rate | Assessment |
|---|---|---|---|---|
| COUNTY SPECIAL ASSESSMENT | WASTE PRO - GARBAGE - (407)836-6601 | 1.00 | $230.00 | **$230.00** |
| COUNTY SPECIAL ASSESSMENT | STREET LIGHTS - STREET LIGHTS - (407)836-5770 | 1.00 | $81.22 | **$81.22** |
| COUNTY SPECIAL ASSESSMENT | STREET LIGHTS - STREET LIGHTS - (407)836-5770 | 1.00 | $15.00 | **$15.00** |
| COUNTY SPECIAL ASSESSMENT | STORMWATER MGMT - RETENTION PONDS - (407)836-7990 | 1.00 | $78.00 | **$78.00** |
| | | | | **$404.22** |

# Property Features

## Property Description

DIAMOND COVE UNIT 1A 32/9 LOT 22

## Total Land Area

| 10,740 sqft (+/-) | | 0.25 acres (+/-) | GIS Calculated |

## Land

Exhibit B

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0100 - Single Family | R-1 | 1 LOT(S) | $76,000.00 | $76,000 | $0.00 | $76,000 |

## Buildings

| | | | | |
|---|---|---|---|---|
| **Model Code** | 01 - Single Fam Residence | Subarea Description | Sqft | Value |
| **Type Code** | 0103 - Single Fam Class III | BAS - Base Area | 2192 | $222,335 |
| **Building Value** | $217,685 | FGR - Fin Garage | 609 | $30,936 |
| **Estimated New Cost** | $259,458 | FOP - F/Opn Prch | 243 | $6,187 |
| **Actual Year Built** | 1994 | | | |
| **Beds** | 3 | | | |
| **Baths** | 3.0 | | | |
| **Floors** | 1 | | | |
| **Gross Area** | 3044 sqft | | | |
| **Living Area** | 2192 sqft | | | |
| **Exterior Wall** | Cb.Stucco | | | |
| **Interior Wall** | Drywall | | | |

## Extra Features

| Description | Date Built | Units | Unit Price | XFOB Value |
|---|---|---|---|---|
| FPL2 - Average Fireplace | 01/01/1994 | 1 Unit(s) | $2,500.00 | $2,500 |
| PL2 - Above Average Pool | 01/01/1994 | 1 Unit(s) | $25,000.00 | $13,500 |
| SCR2 - Scrn Enc 2 | 01/01/1994 | 1 Unit(s) | $5,000.00 | $5,000 |

## Sales

### Sales History

| Sale Date | Sale Amount | Instrument # | Book/Page | Deed Code | Seller(s) | Buyer(s) | Vac/Imp |
|---|---|---|---|---|---|---|---|
| 01/31/2002 | $260,000 | 20020071752 | 06453 / 6576 | Warranty Deed | Mills John K<br>Donaldson Paul T | Alkowni Bassam<br>Khan Haseena | Improved |
| 03/21/1994 | $169,000 | 19944826830 | 04721 / 3323 | Warranty Deed | Engle Homes Orlando Inc | Mills John K<br>Donaldson Paul T | Improved |

### Similar Sales

Exhibit B

| Address | Sale Date | Sale Amount | $/SQFT | Deed Code | Beds/Baths | Instrument # | Book/Page |
|---|---|---|---|---|---|---|---|
| 8300 Diamond Cove Cir | 08/22/2018 | $355,000 | $150 | Warranty Deed | 3/2 | 20180508370 | / |
| 8366 Diamond Cove Cir | 07/25/2018 | $340,000 | $147 | Warranty Deed | 3/3 | 20180443166 | / |
| 10442 Sparkle Ct | 06/18/2018 | $359,000 | $164 | Warranty Deed | 3/2 | 20180371231 | / |
| 10406 Sparkle Ct | 06/15/2018 | $480,000 | $198 | Warranty Deed | 4/2 | 20180360126 | / |
| 10443 Sparkle Ct | 03/26/2018 | $355,000 | $162 | Warranty Deed | 3/2 | 20180206222 | / |
| 8341 Diamond Cove Cir | 02/20/2018 | $318,900 | $143 | Warranty Deed | 3/2 | 20180113624 | / |

# Services for Location

## TPP Accounts At Location

| Account | Market Value | Taxable Value | Business Name(s) | Business Address |
|---|---|---|---|---|

There are no TPP Accounts associated with this parcel.

## Schools

Southwest (Middle School)

| | |
|---|---|
| **Principal** | Raymond Yockel |
| **Office Phone** | 407-370-7200 |
| **Grades** | 2016: B  \|  2015: A  \|  2014: A |

Dr Phillips (High School)

| | |
|---|---|
| **Principal** | Suzanne Michelle Knight |
| **Office Phone** | 407-355-3200 |
| **Grades** | 2016: B  \|  2015: A  \|  2014: A |

Sand Lake (Elementary)

| | |
|---|---|
| **Principal** | Laura M Suprenard |
| **Office Phone** | 407-903-7400 |
| **Grades** | 2016: B  \|  2015: A  \|  2014: B |

## Community/Neighborhood Association

| | |
|---|---|
| **Name** | Diamond Cove Homeowners Association, Inc. |
| **Gated?** | No |
| **Number Of Households** | 235 |

## Utilities/Services

Exhibit B

| | |
|---|---|
| **Electric** | Duke Energy |
| **Water** | Orange County |
| **Recycling (Wednesday)** | Orange County |
| **Trash (Wednesday)** | Orange County |
| **Yard Waste (Thursday)** | Orange County |

## Elected Officials

| | |
|---|---|
| State Senate | Victor M. Torres, Jr. |
| US Representative | Val Demings |
| School Board Representative | Pam Gould |
| State Representative | Eric Eisnaugle |
| County Commissioner | Betsy VanderLey |
| Orange County Property Appraiser | Rick Singh |

## Nearby Amenities (1 mile radius)

| **Restaurants** | 1 |
|---|---|

# Market Stats

### Sales Within Last 1 Year

Diamond Cove Ut 1A

| | Sales Within Last 6 Months | | | | Sales Between 6 Months To One Year | | | |
|---|---|---|---|---|---|---|---|---|
| | Count | Median | Average | Volume | Count | Median | Average | Volume |
| **Single Family Residential** | 4 | $357,000 ($157/SqFt) | $383,500 ($165/SqFt) | $1,534,000 | 2 | $336,950 ($153/SqFt) | $336,950 ($153/SqFt) | $673,900 |

Diamond Cove (All Phases)

| | Sales Within Last 6 Months | | | | Sales Between 6 Months To One Year | | | |
|---|---|---|---|---|---|---|---|---|
| | Count | Median | Average | Volume | Count | Median | Average | Volume |
| **Single Family Residential** | 13 | $385,000 ($164/SqFt) | $365,698 ($153/SqFt) | $4,754,080 | 9 | $360,000 ($149/SqFt) | $358,322 ($145/SqFt) | $3,224,900 |

Exhibit B