

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/14/2019 02:45 PM

COURTROOM 6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-05179-CCJ** | **7** | **08/24/2018** |

**Chapter 7**

**DEBTOR:** Bassam Alkowni

Haseena Khan

**DEBTOR ATTY:** J Bourne

**TRUSTEE:** Arvind Mahendru

**HEARING:**

Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 10436 Sparkle Ct, Orlando, FL (Doc #41)
Note:
Order Granting Agreed Motion for Turnover Property specifically: 10436 Sparkle Ct, Orlando, FL (Doc #39) entered 4/5/19
Prior Case(s):
13-10187, Chapter 13 filed in California Southern Bankruptcy Court on 10/17/2013 , Dismissed for Other Reason on 01/02/2014

**APPEARANCES:**: Julie Posteraro: IRS Atty; Arvind Mahendru: Chp 7 Trustee

**RULING:** Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 10436 Sparkle Ct, Orlando, FL   (Doc #41) - Agreed Order by Mahendru.   ***Note:   Order to be reviewed by IRS Atty prior to submitting.***     (WC)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.